IN THE UNITED STATES CIRCUIT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CATHERINE SEIDERMAN,

Plaintiff,                                         CASE NO.: 2:14-CV-113-FTM-38 DNF

-vs-

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Catherine Seiderman, and the Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this ___ day of _____.

_____
Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
Florida Bar#: 0135534
Attorney for Plaintiff

_____
Robert E. Sickles, Esquire
Hinshaw & Culbertson, LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602-5301
Tele: (813) 276-1662
Fax: (813) 276-1956
rsickles@hinshawlaw.com;
KNovak@hinshawlaw.com
Florida Bar#: 167444
Attorney for Defendant